Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward R. Kohout appeals the district court's order affirming the bankruptcy court's order: (1) sustaining the Trustee's objection to Kohout's application for employment as counsel in the underlying bankruptcy proceeding, and (2) requiring Kohout to disgorge $24,000 in fees he received for legal services. We have reviewed the parties' briefs and the record included on appeal and have found no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States Trustee v. Kohout*, 513 B.R. 675 (N.D.W.Va.2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

*AFFIRMED.*

Marie Therese ASSA'AD–FALTAS, Plaintiff–Appellant,

v.

Tandy CARTER, individually for damages for qui tam recovery; Barbara Jean Burns, individually for damages and for qui tam recovery; Sara Heather Savitz Weiss, individually for damages and for qui tam recovery; The Gingliat, Bettis and Savitz Law Firm, in its corporate capacity, for damages and for qui tam recovery; Stephen Savitz; Jennifer Carr Savitz; The McAngus, Goudelock & Courie Law Firm, in its corporate capacity for damages and for qui tam recovery; John Andrew Delaney; Sterling Davies; Gaffford Thomas Coooper, Jr.; Marion Oneida Hanna; Michael King, present or former Assistant City of Columbia Manager; Angela Ladsen, City of Columbia Ministerial Recorder; Richland County, SC, Sheriff's Department; Leon Lott, officially as Sheriff of Richland County, South Carolina; Jeanette McBride, RC's Clerk of Court; Brett Bayne; James R. Barber, II; Harry Stubblefield, RCSD Captain; Darryl Price, RCSD Lieutenant; Calvin Hill, RCSD Deputy; Deandrea Benjamin Gist; Ken Gaines; Robert G. Cooper; Dana M. Thye; David A. Fernandez; City of Columbia, SC, Police Department; John K. Passmore; Amanda H. Long Branham; Debbie Jordan; Burke, CPD Former Acting Chief; Ruben Santiago, CPD former acting chief; Captain Hendrix; Captain Thornton; Lt. Butzer; Lt. Evans; Lt. Gibson; Lt. Sharp; Lt. Smith; Lt. Yates; Sgt. Auld; Sgt. Drafts; Sgt. Gunther; Sgt. Sanders; Corp. Branham Bell; Corp. Caldwell; Corp. Gomez–Rievera; Brian, CPD Investigator; Blanton, CPD Investigator; Narewski, CPD Investigator; Officer Ashmore; Officer Brown; Officer DeJesus; Officer Girard; Kelson; Officer McSwain; Officer Medlock; Officer White; Barney Giese; John Meadors; David Ross; Dinah Gail Steele; Larry Wayne Mason; Wendy CEO, also known as Windy Cio; Robert D. Coble; Char-

lene Crouch; Corey Lamont Curry; Teresa Ingram; John Mitchell Jones; Tiffany Lurke; Christopher James Mason; Richard C. Mason; William Tetterton; Alden Hollis Wheeler; Richard Glenn Wheeler; John Doe; Jane Roe; Dana Turner, falsely bearing a title of Chief Administrative Judge of the City's Municipal Court; State of South Carolina; Nimrata R. Haley; Alan Wilson, as SC's Attorney General; Yancey McGill, as SC's Lieutenant Governor; John Courson; SC's Judicial Merit Selection Commission; Jean Toal; Daniel Shearouse; Jenny Kitchens; v. Claire Allen; Mark Keel; Leroy Smith; Daniel Johnson, as SC's Fifth Judicial Circuit's Solicitor; Gary H. Watts, as Coroner for Richland County, SC; Robert Eldon Hood, as Current SC's Fifth Judicial Circuit's Administrative Judge for General Sessions; Leslie Coggiola, as SC's Disciplinary Counsel; Roslynn Frierson, as Director of SC's Office of Court Administration; William Nettles, as U.S. Attorney for the District of South Carolina; Steven Benjamin, as Mayor; All Members of the City of Columbia Counsil; Teresa Wilson, manager for the City, Defendants–Appellees.

No. 14–2258.

United States Court of Appeals, Fourth Circuit.

Submitted: July 21, 2015.

Decided: July 23, 2015.

Marie Therese Assa'ad–Faltas, Appellant Pro Se.

Before WILKINSON and MOTZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marie Therese Assa'ad–Faltas appeals the district court's order accepting the magistrate judge's recommendation to dismiss her civil complaint against Defendants, pursuant to 28 U.S.C. § 1915(e)(2)(B) (2012). Assa'ad–Faltas has also filed motions for injunctive relief pending appeal and to exceed the length limitations for her informal brief. We have reviewed the record and find no reversible error. Accordingly, although we grant Assa'ad–Faltas's motion to exceed the length limitations for her informal brief, we deny her motions for injunctive relief pending appeal and affirm for the reasons stated by the district court. *Assa'ad–Faltas v. Carter*, No. 1:14–cv–00678–CCE–LPA, 2014 WL 5361342 (M.D.N.C. Oct. 21, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*